UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. |
| | ) | 3:05 CR 321 - MU |
| | ) | BILL OF INFORMATION |
| vs. | ) | |
| | ) | Violations: |
| | ) | 18 U.S.C. § 2 |
| (1) ULRICH WIEGAND | ) | 18 U.S.C. § 922(m) |
| (2) INTERORDNANCE, INC. | ) | 26 U.S.C. § 5861(d) |
| | ) | |

THE UNITED STATES ATTORNEY CHARGES:

At the specified times and at all relevant times:

### COUNT ONE

1. In or about 2003, in Union County and elsewhere, within the Western District of North Carolina, the defendant,

INTERORDNANCE, INC.

did aid and abet others in knowingly and willfully receive and possess firearms, that is Soviet PPSH machineguns, which were not registered to it in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841; 5861(d); and 5871; and Title 18, United States Code, Section 2.

1

## COUNTS TWO THROUGH FIVE

2. On the dates set forth below, in Union County and elsewhere, within the Western District of North Carolina, the defendants,

## ULRICH WIEGAND

did aid and abet a licensed importer, manufacturer, and dealer in knowingly making a false entry in, failing to make an appropriate entry in, and failing to properly maintain records that the importer, manufacturer, and dealer was required to keep pursuant to Title 18, United States Code, Section 923 and the regulations thereunder, each instance described below being a separate violation of Title 18, United States Code, Section 922(m).

| COUNT | DATE | RECORD |
| --- | --- | --- |
| Two | 3/5/01 | Firearm transfer records for PPSH machinegun "parts kit" |
| Three | 3/19/01 | Firearm transfer records for PPSH machinegun "parts kit" |
| Four | 11/8/01 | Firearm transfer records for PPSH machinegun "parts kit" |
| Five | 11/28/01 | Firearm transfer records for PPSH machinegun "parts kit" |
| Six | 12/19/01 | Firearm transfer records for PPSH machinegun "parts kit" |

2

## **NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE**

Notice is hereby given of the provisions of Title 18, United States Code, Sections 924(d), 982; Title 19, United States Code, Section 1595a(c); Title 26, United States Code, Section 5872; and Title 28 United States Code, Section 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to Title 18, United States Code, Section 981 and all specified unlawful activities listed or referenced in Title 18, United States Code, Section1956(c)(7), which are incorporated as to proceeds by Section 981(a)(1)(C). The defendants have or had a possessory or legal interest in the following property that is subject to forfeiture in accordance with the foregoing statutes:

A.  all property involved in the violations alleged in this bill of indictment, or traceable to such property;

2.  all property which is proceeds of such violations, or traceable to such property; and,

3.  in the event that any property described in (A) or (B) cannot be located or recovered or has been substantially diminished in value or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant, to the extent of the value of the property described in (A) and (B).

B.  The United States believes that probable cause exists to forfeit the approximately 5,100 Soviet PPSH machinegun "parts kits" seized during the investigation of this matter.

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

_____
MICHAEL E. SAVAGE
ASSISTANT UNITED STATES ATTORNEY

3